

MAY 17 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-143-BLG-SPW-2 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER FOR WRIT OF HABEAS CORPUS** (For Testimony) |
| PETER MARGIOTTA, | |
| Defendant. | |

Upon Petition (Doc. 71) of Bryan T. Dake, Assistant United States Attorney for the District of Montana, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk of this Court issue a Writ of Habeas Corpus (for prosecution) directing the Warden of the Crossroads Correctional Center, and Rod Ostermiller, United States Marshal for the District of Montana, to produce Daniel Thomas Hollan (DOC ID #3020458), currently

1

housed at the Crossroads Correctional Center in Shelby, MT, before the Court at the Snowy Mountain Courtroom in Billings, Montana, at **9:00 a.m. on June 17, 2019**, and Daniel Thomas Hollan is to stay in Federal custody until the conclusion of his case.

DATED this 17th day of May, 2019.

SUSAN P. WATTERS
United States District Judge