

FILED

MAY 28 2019

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PETER MARGIOTTA,<br><br>Defendant. | CR 17-143-BLG-SPW<br><br><br><br>ORDER |

Pending before the Court is a motion (Doc. 81) to quash the Writ of Habeas Corpus (*Ad Testimonium*) for Daniel Thomas Hollan currently scheduled for June 17, 2019, at 9:00 a.m. For good cause shown,

**IT IS HEREBY ORDERED** that the Writ of Habeas Corpus (*Ad Testimonium*) (Doc. 74) is **QUASHED**.

The Clerk of Court is directed to notify the U.S. Marshals service of the entry of this Order.

DATED this 28th day of May, 2019.

SUSAN P. WATTERS
United States District Judge

1