
FILED
MAY 28 2019
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-143-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| PETER MARGIOTTA, | |
| Defendant. | |

Pending before the Court is a motion (Doc. 82) to quash the Writ of Habeas Corpus (*Ad Testimonium*) for Curtis Lees currently scheduled for June 17, 2019, at 9:00 a.m. For good cause shown,

**IT IS HEREBY ORDERED** that the Writ of Habeas Corpus (*Ad Testimonium*) (Doc. 76) is **QUASHED**.

The Clerk of Court is directed to notify the U.S. Marshals service of the entry of this Order.

DATED this 28th day of May, 2019.

SUSAN P. WATTERS
United States District Judge

1