

FILED

SEP 16 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PETER MARGIOTTA,<br><br>Defendant. | CR 17-143-BLG-SPW<br><br>ORDER |
|---|---|

Pending before the Court is the United States' Unopposed Motion for FaceTime Testimony (Doc. 102) for Yogi Shah. For good cause being shown,

IT IS HEREBY ORDERED that the motion is GRANTED. Mr. Shah may testify via FaceTime on September 23, 2019. The government is responsible for ensuring the technological capabilities and shall report any issues to the Court.

The clerk of court is directed to notify the parties of the making of this Order.

DATED this 16th day of September, 2019.

SUSAN P. WATTERS
United States District Judge

1