UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PETER MARGIOTTA,<br><br>Defendant. | CR-17-143-BLG-SPW-2<br><br>ORDER |

IT IS HEREBY ORDERED that treats, meals and/or lodging be provided for the jurors in the above entitled case.

DATED 23rd day of September 2019.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge