

FILED

OCT 28 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PETER MARGIOTTA,<br><br>Defendant. | CR 17-143-BLG-SPW-2<br><br>ORDER |

A copy of the trial transcript in this case will be used on appeal. In the interest of protecting all jurors' personal privacy,

IT IS ORDERED that the name of the jurors in Volume III, page 401, line 7 and Volume V, page 902, line 11 shall be redacted from the applicable portions of the trial transcripts in this matter.

DATED this 28th day of October, 2019.

SUSAN P. WATTERS
United States District Judge