IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-143-BLG-SPW-2 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| PETER MARGIOTTA, | |
| Defendant. | |

The Defendant, PETER MARGIOTTA, has moved the Court for an order allowing his wife, Lisa Margiotta, to appear at his sentencing hearing presently scheduled to occur on **Thursday, July 9, 2020, at 2:30 p.m.** for the purpose of providing testimony, if necessary (Doc. 191). Good cause being shown,

**IT IS HEREBY ORDERED** that the Defendant's motion is **GRANTED**. Lisa Margiotta shall be permitted to appear at the Defendant's sentencing hearing in Billings, Montana, at the James F. Battin U.S. Courthouse, 2601 2nd Avenue North, on **July 9, 2020, at 2:30 p.m.** to provide testimony, if necessary.

1

The Clerk of Court is directed to immediately notify the parties of the making of this order regarding Lisa Margiotta's presence at the Defendant's sentencing hearing.

DATED this 9th day of July, 2020.

                                                                  SUSAN P. WATTERS  
                                                                  United States District Judge