IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PETER MARGIOTTA, <br><br> Defendant. | CR 17-143-BLG-SPW <br><br><br> ORDER |

Upon the United States' Unopposed Motion for a Telephone Statement (Doc. 190) to permit Joshua Garrison to make a statement at the sentencing in the above captioned matter set for July 9, 2020 at 2:30 p.m. by telephone, and for good cause shown,

IT IS HEREBY ORDERED that the government's motion is **GRANTED**. Joshua Garrison may make a statement by telephone at the sentencing on July 9, 2020 at 2:30 p.m. The Clerk shall provide the appropriate conference call line for Garrison to call.

DATED this 9th day of July, 2020.

SUSAN P. WATTERS
United States District Judge

1