

FILED

SEP 1 1 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER MARGIOTTA,<br><br>Defendant. | Cause No. CR 17-143-BLG-SPW-2<br><br>**ORDER EXTENDING TIME FOR SELF-SURRENDER** |

The Defendant, PETER MARGIOTTA, has moved the Court for an order granting him an extension of time of approximately 60-days within which to surrender to the United States Bureau of Prisons SeaTac Facility in Seattle, Washington (Doc. 221). Mr. Margiotta makes this request for the reason that his 98 year-old mother passed away on August 24, 2020, and Mr. Margiotta is the executor of her estate. He needs approximately 60-days to satisfy his obligations as executor to settle her estate. Good cause showing,

**IT IS HEREBY ORDERED** that the Defendant's motion is **GRANTED**. Mr Margiotta shall self-surrender to the Bureau of Prisons SeaTac Facility in Seattle, Washington, on or before **November 6, 2020.**

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this order.

DATED this 11th day of September, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE