IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER MARGIOTTA,<br><br>Defendant. | Cause No. CR 17-143-BLG-SPW<br><br>**SECOND ORDER GRANTING EXTENSION OF TIME TO SELF-SURRENDER** |

The Defendant, PETER MARGIOTTA, has moved the Court a second time for an order granting him an extension of time to surrender to the United States Bureau of Prisons SeaTac Facility in Seattle, Washington (Doc. 225). Mr. Margiotta requests an additional 14 days to self-surrender for the reason that the pandemic has created unforeseen difficulty and delay in completing the final resolution and settlement of his deceased mother's estate. The United States does not object. Therefore,

IT IS HEREBY ORDERED that the Defendant's motion is granted. Mr Margiotta shall self-surrender to the Bureau of Prisons SeaTac Facility in Seattle, Washington, on or before **November 20, 2020**. There will be no further extensions of time granted.

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this order.

DATED this 4th day of November, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE