

DEC 1 1 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER MARGIOTTA,<br><br>Defendant. | Cause No. CR 17-143-BLG-SPW-2<br><br>**THIRD ORDER GRANTING EXTENSION OF TIME TO SELF-SURRENDER** |

The Defendant, PETER MARGIOTTA, has moved the Court a third time for an order granting him an extension of time to surrender to the United States Bureau of Prisons SeaTac Facility in Seattle, Washington (Doc. 229). Mr. Margiotta requests an additional six weeks to self-surrender for the reason that he cannot travel because of flu-like symptoms requiring self isolation and COVID-19 assessment. The United States does not object. Good cause showing,

**IT IS HEREBY ORDERED** that the Defendant's motion is granted. Mr Margiotta shall self-surrender to the Bureau of Prisons SeaTac Facility in Seattle,

Washington, on or before **Friday, January 15, 2021**. <u>There will be no further extensions of time granted.</u>

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this order.

DATED this  11th  day of December, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE